# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: WHITNEY LEI BOWIE<br>*DEBTOR*<br><br>WHITNEY LEI BOWIE<br>  *PLAINTIFF*<br><br>V.<br><br>MONEYKEY – TX, INC. AND CV CAPITAL MARKETING LLC DBA GREAT EASTERN RESOLUTIONS<br>  *DEFENDANTS* | CASE NO:<br><br>4:24-33256<br><br>CHAPTER 13<br><br>ADVERSARY PROCEEDING<br><br>NO:24-03193 |

## ORDER VACATING DOCKET ENTRY

On the Plaintiff's motion, the December 6, 2024 docket entry is vacated.

The adversary proceeding remains open with CV Capital Marketing LLC as the sole remaining defendant.

Signed: January 07, 2025

_____
Marvin Isgur
United States Bankruptcy Judge